**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (*If known*): _____ Chapter \_\_\_\_\_

☐ Check if this is an amended filing

# Official Form 205

# Involuntary Petition Against a Non-Individual                      12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Birchington, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   Holiday Inn Express Washington DC

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   82-3875269
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 4710 14th St., NW | |
   | Number    Street | Number    Street |
   | Suite 200 | |
   | | P.O. Box |
   | Washington,        DC    20011 | |
   | City    State    ZIP Code | City    State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | | Number    Street |
   | County | |
   | | City    State    ZIP Code |

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor  **Birchington, LLC**  
      *Name*  

Case number *(if known)* _____

---

**6. Debtor's website** (URL)  Unknown

**7. Type of debtor**
- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☒ No
- ☐ Yes. Debtor _____  Relationship _____
  District _____  Date filed _____  Case number, if known _____
                                                                          MM / DD / YYYY

  Debtor _____  Relationship _____
  District _____  Date filed _____  Case number, if known _____
                                                                          MM / DD / YYYY

---

## Part 3: Report About the Case

**10. Venue**

*Check one:*
- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*
- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor: Birchington, LLC

Case number (if known): _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Welch Family Limited Partnership Four | Disputed Guarantor | $ Unknown |
| Welch Family Limited Partnership Nine | Creditor | $ 3,120,000 |
|  |  | $ |
|  | Total of petitioners' claims | $ 3,120,000+ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Name: Welch Family Limited Partnership Four
Number/Street: 910 M Street NW, Suite 1130
City: Washington  State: DC  ZIP Code: 20001

Name and mailing address of petitioner's representative, if any

Name: Kenneth J. Welch, Authorized Rep for Petitioner
Number/Street: 910 M Street NW, Suite 1130
City: Washington  State: DC  ZIP Code: 20001

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/06/2024

X _[signature]_
Signature of petitioner or representative, including representative's title

**Attorneys**

Printed name: Todd Lewis, Esq.
Firm name: Kitsune Lyon, PLC
Number/Street: 1007 North Federal Highway, Suite 2005
City: Fort Lauderdale  State: Florida  ZIP Code: 33304
Contact phone: 2025509898  Email: todd.lewis@tllgpc.com
Bar number: 497852
State: District of Columbia

X _[signature]_
Signature of attorney

Date signed: 02/06/2024

Official Form 205 — Involuntary Petition Against a Non-Individual — page 3

Debtor   Birchington, LLC
　　　　　Name

Case number (if known) _____

### Name and mailing address of petitioner

Welch Family Limited Partnership Nine
Name

910 M Street NW, Suite 1130
Number   Street

WASHINGTON   DC   20001
City   State   ZIP Code

Todd Lewis, Esq.
Printed name

Kitsune Lyon, PLC
Firm name, if any

1007 North Federal Highway, Suite 2005
Number   Street

Fort Lauderdale   Florida   33304
City   State   ZIP Code

Contact phone   2025509898   Email   todd.lewis@tllgpc.com

Bar number   497852

State   District of Columbia

### Name and mailing address of petitioner's representative, if any

Kenneth J. Welch, Authorized Rep for Petitioner
Name

910   M Street NW, Suite 1130
Number   Street

WASHINGTON   DC   20001
City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/06/2024
　　　　　　　MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed   02/06/2024
　　　　　　　MM / DD / YYYY

### Name and mailing address of petitioner

Name

Number   Street

City   State   ZIP Code

Printed name

Firm name, if any

Number   Street

City   State   ZIP Code

Contact phone _____   Email _____

Bar number _____

State _____

### Name and mailing address of petitioner's representative, if any

Name

Number   Street

City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
　　　　　　　MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed _____
　　　　　　　MM / DD / YYYY