## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: ) | |
| ) | Case No.: 24-0036 |
| Birchington, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

### WELCH FAMILY LIMITED PARTNERSHIP FOUR AND NINE RESPOND TO SSHCOF II WASHINGTON DC, LLC'S MOTION TO EXPEDITE AND SHORTEN NOTICE

Welch Family Limited Partnership Four and Nine ("Welch") by undersigned counsel, responds to SSHCOF II Washington DC, LLC'S (the "Lender") Motion to Expedite and Shorten Notice (the "Motion") [Dkt. 9] and in furtherance thereof states as follows:

No notice of hearing was filed regarding the Motion. Counsel to the Lender did not communicate a desire to have expedited relief to Welch. The Debtor is not represented, and creditors have not been identified nor noticed of the bankruptcy. Debtor has not indicated whether it is contesting or consenting to the involuntary petition. Here Lender seeks expedited relief regarding the Lender's motion for relief from stay, which does not make sense under the circumstances and such expedited relief should be denied by this Court.

Welch was not a part of any previous bankruptcy, having not been noticed as a creditor nor as a co-debtor guarantor in the previous bankruptcy case #23-00057. Welch only recently learned of the facts surrounding the previous bankruptcy case and the fact that agreements affecting Welch were negotiated, executed, and blessed by the Court in the previous bankruptcy case without any notice to Welch. Welch has only tacitly had an opportunity to review the bankruptcy matter from the previous case after learning of a foreclosure sale on the property.

It is believed that Lender is adequately protected as it is currently receiving all the income from the property. Lender has been paid over $5,000,000 over the last twelve months. Through information and belief, the property is worth more than $100,000,000 and Lender is secured by a deed of trust on the property. The face amount of the original loan that Lender seeks recovery on is $55,000,000. Lender will in effect double its money from a foreclosure sale and will cut out all other creditors of Debtor. Such a windfall under the circumstances is inequitable and does not benefit the bankruptcy estate nor creditors of the estate.

Lender is an unregulated entity, and it is believed that the "Lender" is comprised of a small group of principals from its parent company, the "Peachtree Group." Through information and belief, the Peachtree Group deliberately sabotaged efforts by Debtor to obtain permanent financing and takeout Lender so that Peachtree Group could take over the property to operate as owner. Peachtree Group is a set of shell entities that own, operate, and manage over a hundred hotels nationwide, which is a conflict of interest in this case. Lender contributed to Debtor not being able to obtain permanent financing and creditors have been harmed by Lender's conduct. Given the circumstances, parties should have an opportunity to be heard in the due course without expedited relief. In the case at bar, the Debtor should be given an opportunity to respond to the filing, obtain counsel and notify all creditors in the case prior to any ruling regarding relief from stay by Lender.

WHEREFORE for the reasons stated herein Welch Family Limited Partnership Four and Nine moves the honorable court for an order **DENYING** SSHCOF II Washington DC, LLC's Motion to Expedite and Shorten Notice.

Welch Family Limited Partnership Four and Nine
By Counsel,

  /s./Todd Lewis
Todd Lewis, Esq. DC Bar No. 497852
Kitsune Lyon, PLC
1007 N. Federal Highway, Suite 2005
Fort Lauderdale, FL 33304
(202) 550-9898
todd.lewis@tllgpc.com
*Counsel for Welch Family Limited Partnership Four and Nine*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | ) | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No.: 24-0036-ELG |
| Birchington, LLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

## ORDER DENYING SSHCOF II WASHINGTON DC, LLC'S MOTION TO EXPEDITE AND SHORTEN NOTICE

This Court having considered the Motion to Expedite and Shorten Notice filed by SSHCOF II Washington DC, LLC's and after considering the response filed by the Welch Family Limited Partnership Four and Welch Family Limited Partnership Nine, it is by the United States Bankruptcy Court for the District of Columbia,

**ORDERED** that the Motion is **DENIED.**