22ntcftrn



In Re: **Birchington, LLC**

United States Bankruptcy Court for the
District of Columbia

E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280

www.dcb.uscourts.gov

Case No.: **24−00036−ELG**

Chapter: **11**

# NOTICE OF REQUIREMENT TO REVIEW TRANSCRIPT
==================================================

A transcript of the proceeding held on 2/14/2024 was filed on 2/16/2024 . The following deadlines apply:

1.  The parties have until 2/23/2024 [seven (7) calendar days from the date of filing of the transcript] to file with the Court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *Request for Redaction* under Fed. R. Bankr. P. 9037 and Local Bankruptcy Rule 9037−1 is 3/8/2024 [21 days from the date of filing of the transcript].

2.  If a Request for Redaction is filed, the redacted transcript is due 3/18/2024 [31 days from the date of filing the request for redaction].

3.  If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 5/16/2024 [90 calendar days from the date of filing of the transcript] unless extended by Court order.

Dated: 2/16/24

For the Court:

Angela D. Caesar

By:
am

Copies To:
Recipients of Electronic Notifications;
Debtor;
All Parties to the Hearing.