The order below is hereby signed.

Signed: March 15 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

In re:                                           Case No. 24-00036-ELG

    **Birchington, LLC,**                          **Chapter 11**
        **Alleged Debtor.**

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

    The Court has before it the *Motion to Lift the Automatic Stay, or in the Alternative, to Dismiss Involuntary Bankruptcy Case, and for Sanctions Against Petitioning Creditors* (ECF No. 6) (the "Motion") filed by SSHCOF II Washington DC, LLC ("SSCHOF"). The Court bifurcated the requested relief in the Motion. A hearing on the portion of the Motion seeking a dismissal of the involuntary bankruptcy and sanctions is set for hearing on March 19, 2024. The Court held an evidentiary hearing on the portion of the Motion seeking relief from the automatic stay on February 29, 2024, March 6, 2024, March 7, 2024, and March 14, 2024. At the March 14, 2024 hearing, the Court issued an oral ruling finding that cause exists to grant relief from the automatic stay under § 362(d)(1)[1] and to grant the request for wavier of the 14-day waiting period of Bankruptcy Rule 4001(a)(3).

---

[1] Unless specified otherwise, all chapter, code, and rule references are to the Bankruptcy Code, 11 U.S.C. §§ 101–1532, and the Federal Rules of Bankruptcy Procedure, Rules 1001–9037.

For the reasons stated on the record at the hearing, and as will be supplemented by findings of fact and conclusions of law in a Memorandum Opinion, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.      The request in the Motion for relief from the automatic stay of 11 U.S.C. § 362(a) is **GRANTED**.

2.      The fourteen-day stay found in Bankruptcy Rule 4001(a)(3) is **WAIVED**.

[Signed and dated above.]

Copies to: Parties who receive electronic notice.