# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| | ) | Case No. 24-00036-ELG |
| Birchington, LLC | ) | |
|    Alleged Debtor | ) | (Chapter 11) |
| _____ | ) | in the Bankruptcy Court] |
| | ) | |
| | ) | |
| Welch Family Limited Partnership Four | ) | |
|    Appellant | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| SSHCOF II Washington DC, LLC | ) | |
|    Appellee | ) | |
| | ) | |

## TRANSMITTAL OF NOTICE OF APPEAL

Transmitted herewith to the Clerk of the District Court for docketing in the District Court pursuant to Fed. R. Bankr. P. 8003(d)(2) is the Notice of Appeal (Docket. No. 79) in the above-captioned bankruptcy case.

**Other comments:**

> The Appellant is appealing docket entry number 62.

The parties to the order appealed and their respective attorneys are as follows:

| Appellant(s) | Attorney(s) |
| --- | --- |
| Welch Family Limited Partnership Four<br>c/o Todd Lewis<br>Kitsune Lyon, PLC<br>1007 N. Federal Highway<br>Suite 2005<br>Fort Lauderdale, FL 33304 | Todd Lewis<br>Kitsune Lyon PLC<br>1007 N. Federal Highway<br>Suite 2005<br>Fort Lauderdale, FL 33304 |
| **Appellee** | **Attorney** |
| SSHCOF II Washington DC, LLC<br>One Alliance Center<br>3500 Lenox Road NE<br>Suite 625<br>Atlanta, GA 30326 | Lisa Wolgast<br>Barnes & Thornburg LLP<br>3340 Peachtree Rd NE<br>Suite 2900<br>Atlanta, GA 30326 |

Angela D. Caesar,
Clerk of the Court

Dated: 03/25/2024

By: /s/ Megan Bleskoski
Deputy Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In Re: ) | |
| ) | Case No.: 24-0036 |
| Birchington, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

## NOTICE OF APPEAL

Welch Family Limited Partnership Four and Welch Family Limited Partnership Nine hereby appeal pursuant to 28 U.S.C. § 158(a) from the Order Granting Relief from Stay [Dkt. #61, 62] entered by U.S. Bankruptcy Judge Elizabeth Gunn in this case on the March 14, 2024, and docketed on March 15, 2024.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

SSHCOF II Washington DC, LLC:

James Van Horn
Barnes & Thornburg LLP
1717 Pennsylvania Ave, NW
Ste 500
Washington, DC 20006-4623
202-371-6351
jvanhorn@btlaw.com

Lisa Wolgast
Barnes & Thornburg LLP
3340 Peachtree Rd NE
Suite 2900
Atlanta, GA 30326

470-832-7535
lisa.wolgast@btlaw.com

Office of United States Trustee:

Kristen S. Eustis
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
703-557-7227
Kristen.S.Eustis@usdoj.gov

The Burns LawFirm, LLC:

John D. Burns
The Burns Law Firm, LLC
6305 Ivy Lane
Suite 340
Greenbelt, MD 20770
301-441-8780
info@burnsbankruptcyfirm.com


        Respectfully submitted,
        Welch Family Limited Partnership Four and Nine


        /s./T. Lewis
        Todd Lewis, Esq. DCB#497852
        Kitsune Lyon, PLC
        1007 N. Federal Highway, Suite 2005
        Fort Lauderdale, FL 33304
        Tel: (202) 550-9898
        Email: todd.lewis@tllgpc.com

*Counsel for Welch Family Limited Partnership Four and Nine*

CERTIFICATE OF SERVICE

    This is to certify that on this 25th day of March 2024, I caused the foregoing Notice of Appeal to be served by CM/ECF upon all parties listed above, and all parties requesting notice.

                        /s./ Todd Lewis
                        Todd Lewis