**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIRCHINGTON, LLC, | ) | Case No. 24-0036-ELG |
| | ) | |
| Debtor. | ) | |
| | ) | |

### NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on April 23, 2024, pursuant to 28 U.S.C. §§ 1334(e), 1441(a) and 1446(a), (b) and (d), a Notice of Removal and Request for Referral to Bankruptcy Court was filed with respect to *Birchington, LLC et al. v. SSHCOF II Washington DC, LLC et al.*, Case No. 2024-CAB-002481, pending in the Superior Court for the District of Columbia. A copy of the Notice of Removal is attached to this Notice.

This 24th day of April, 2024.

Respectfully submitted,

**BARNES & THORNBURG LLP**

*/s/ James Van Horn*
**James Van Horn, Esq.**
DC Bar No. 999859
JVanHorn@btlaw.com
555 12th Street, NW, Suite 1200
Washington, D.C. 20004
Phone: (202) 371-6351

*/s/ Lisa Wolgast*
**Lisa Wolgast, Esq.** (Admitted Pro Hac)
Georgia Bar No.: 773399
Lisa.Wolgast@btlaw.com
**BARNES & THORNBURG LLP**
3340 Peachtree Road, NE, Suite 2900
Atlanta, GA 30326-1092
Phone: (470) 832-7535
*Attorneys for SSHCOF II Washington DC, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIRCHINGTON, LLC, | ) | Case No. 24-0036-ELG |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day, I filed a true and correct copy of the foregoing document with the United States Bankruptcy Court for the District of Columbia using the Court's CM/ECF system, which will serve notice of such filing to all counsel of record.

    Dated: April 24, 2024.

                                                By: */s/ James Van Horn*
                                                James E. Van Horn
                                                D.C. Bar No. 999859