**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIRCHINGTON, LLC, | ) | Case No. 24-0036-ELG |
| | ) | |
| Debtor. | ) | |
| | ) | |

### NOTICE OF FILING ERRATA AND AMENDED NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on April 23, 2024, pursuant to 28 U.S.C. §§ 1334(e), 1441(a) and 1446(a), (b) and (d), a Notice of Removal and Request for Referral to Bankruptcy Court was filed with respect to *Birchington, LLC et al. v. SSHCOF II Washington DC, LLC et al.*, Case No. 2024-CAB-002481, pending in the Superior Court for the District of Columbia. On April 24, 2024, an Errata and Amended Notice of Removal was filed with the Superior Court for the District of Columbia, a copy of which is attached hereto.

This 24th day of April, 2024.

Respectfully submitted,

**BARNES & THORNBURG LLP**

*/s/ James Van Horn*
**James Van Horn, Esq.**
DC Bar No. 999859
JVanHorn@btlaw.com
555 12th Street, NW, Suite 1200
Washington, D.C. 20004
Phone: (202) 371-6351

*/s/ Lisa Wolgast*
**Lisa Wolgast, Esq.** (Admitted Pro Hac)
Georgia Bar No.: 773399
Lisa.Wolgast@btlaw.com
**BARNES & THORNBURG LLP**
3340 Peachtree Road, NE, Suite 2900
Atlanta, GA 30326-1092
Phone: (470) 832-7535
*Attorneys for SSHCOF II Washington DC, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIRCHINGTON, LLC, | ) | Case No. 24-0036-ELG |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on this day, I filed a true and correct copy of the foregoing document with the United States Bankruptcy Court for the District of Columbia using the Court's CM/ECF system, which will serve notice of such filing to all counsel of record.

Dated: April 24, 2024.

By: */s/ James Van Horn*
James E. Van Horn
D.C. Bar No. 999859

2