The order below is hereby signed.

Signed: April 24 2024



_Elizabeth L. Gunn_
_U.S. Bankruptcy Judge_

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Case No. 24-00036-ELG** |
| **Birchington, LLC,** | **Chapter 11** |
| **Alleged Debtor.** | |

### ORDER DENYING PORTIONS OF EMERGENCY MOTION

The Court has before it multiple requests for relief encompassed in the pleading titled

*Emergency Motion to Reimpose Stay* (ECF No. 89) (the "Motion") filed by counsel for Welch

Family Limited Partnerships Four and Nine (together, "Welch"). For the reasons stated on the

record at the Hearing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.      Any request in the Motion to reconsider the *Order Granting Relief from the*

*Automatic Stay* (ECF No. 62) under either Civil Rules 59 or 60,[1] made applicable by Bankruptcy

Rules 9023 and 9024 respectively, is DENIED.

2.      Any request in the Motion for the Court to impose a stay or reimpose the automatic

stay as to the alleged debtor's real property, including any relief under §§ 362 or 105, is DENIED.

---

[1] Unless specified otherwise, all chapter, code, and rule references are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532, and the Federal Rules of Bankruptcy Procedure, Rules 1001-9037. The Federal Rules of Civil Procedure are referred to as "Civil Rules."

3.      Any request in the Motion for the Court to either remand or abstain from ruling on "this case" is DENIED in the above-captioned proceeding as docketed in the wrong proceeding without prejudice to Welch's redocketing of such relief in Adversary Proceeding 24-10015.

4.      In the event of an appeal, the Court reserves the right to supplement this Order with further written findings of fact and conclusions of law in a supplemental Memorandum Opinion.

[Signed and dated above.]

Copies to: Parties who receive electronic notice.